UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANALYSIS, LLC, a California Corporation,, <br><br> Plaintiff(s), <br><br> v. <br><br> DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS, LLC, and Arizona Corporation and DOES 1 through 50 inclusive, <br><br> Defendant(s). | No. C08-2314 BZ <br><br> **ORDER SCHEDULING HEARING ON TRO** |

Plaintiffs have applied for a temporary restraining order and the court understands the defendants are in the process of obtaining counsel.  **IT IS THEREFORE ORDERED** as follows:

1. A hearing on plaintiffs' application for a temporary restraining order is scheduled for **Friday, May 9, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. If defendants wish to oppose the application, any opposition shall be filed by **May 8, 2008 at 10:00 a.m.**

1

Defendants are advised that this district has electronic case filing and they should comply with General Order No. 45 which appears at our website at: http://www.cand.uscourts.gov

3. Plaintiffs shall immediately serve defendants with this Order.

Dated: May 6, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LAHTI V. BLOOMQUIST\ORDER SCHEDULING HRG.wpd