MARTIN F. TRIANO
MARK D. BYRNE
ROBIN L. KRUTZSCH
CHRISTOPHER P. SUN
Attorneys at Law

www.martinftriano.com
mailbox@martinftriano.com

LAW OFFICES

# TRIANO & BYRNE

25 JESSIE ST., 16TH FLOOR

SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE (415) 371-8000

FACSIMILE (415) 371-8001

ALAN H. DAVIDSON (1931-1999)

Our File No.: 2167

May 5, 2008

FILED
MAY 5 2008
RICHARD W. WIEKING

**VIA FACSIMILE**

Lashunda Scott
Clerk of the Court
450 Golden Gate, Dept. G
San Francisco, CA 94102

    Re:    *Lahti v. Bloomquist*
            CV-08-2314

Dear Ms. Scott:

    Enclosed please find the Consent to Proceed Before a Magistrate for the Plaintiffs in the above action. We have contacted Defendants and they have stated that they will not do anything until they speak with their attorney and that they will not be able to make the 2:00 p.m. ex parte hearing tomorrow.

    Thank you for your assistance in this matter.

Very truly yours,
THE LAW OFFICES OF TRIANO & BYRNE

MARK D. BYRNE, ESQ.