UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ernest Lahti, Linda Lahti and Applied
Analysis, LLC, a California Corporation

      Plaintiff(s),

v.

Dan Bloomquist, Rebecca Bloomquist,
Highlands Electronics, LLC, an Arizona
Corporation, and DOES 1 through 50
      Defendant(s).

No. C V-08-2314

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 5, 2008

_____
Signature

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")

| | LAW OFFICES | |
|---|---|---|
| MARTIN F. TRIANO<br>MARK D. BYRNE<br>ROBIN L. KRUTZSCH<br>CHRISTOPHER P. SUN<br>Attorneys at Law | **TRIANO & BYRNE**<br>25 JESSIE STREET, 16TH FLOOR<br>SAN FRANCISCO, CALIFORNIA 94105<br>TELEPHONE (415) 371-8000<br>FACSIMILE (415) 371-8001 | ALAN H. DAVIDSON (1931-1999)<br><br>Our File No.: 2167 |
| www.martinftriano.com<br>mailbox@martinftriano.com | | |

May 5, 2008

## FACSIMILE TRANSMISSION COVER SHEET

**TO:** LaShonda Scott

**FAX NO:** 415/ 522-3605

**FROM:** Stacey Arriola

**RE:** *Case No. CV 08 2314*

**MESSAGE:** Per the request of Robin L. Krutzsch, attached please find her correspondence from today along with the Consent to Proceed Before a United States Magistrate Judge. A hard copy will not follow.

If you have any questions, please do not hesitate to call.

NUMBER OF SHEETS FOR TRANSMISSION, INCLUDING COVER SHEET: 3

IF THERE IS ANY PROBLEM WITH THIS FAX TRANSMISSION,
PLEASE IMMEDIATELY CALL THIS OFFICE AT (415) 371-8000.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO BE ATTORNEY-PRIVILEGED. IT IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE RECIPIENT OR AN AGENT FOR THE RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, RETURN THE ORIGINAL MESSAGE TO THE ABOVE ADDRESS, VIA U.S. POSTAL SERVICE. THANK YOU.