RUM : RESERVE ANALYST SOFTWARE   FAX NO. :9285373377   May. 06 2008 10:07AM P1

To the Office of Magistrate Bernard Zimmerman.
Fax: 415-522-3605

Attention Lashanda Scott.
Docket Number: C08-2314BZ

Hello Lashanda,

I am sorry for the confusion. I am not declining nor accepting the appointment of the Magistrate. What I am doing is declining to consent either way.

Thank you for your attention.

Best, Dan.

Reserve Analyst
Highlands Electronics
POBox 797
Vernon AZ 85940

Phone: 928 537-2202
Fax:   928-537-3377