1  MARK D. BYRNE, ESQ. SBN#109268
2  **LAW OFFICES OF TRIANO & BYRNE**
   25 Jessie Street, 16th Floor
3  San Francisco, CA 94105-2749
   Telephone: (415) 371-8000
4  Facsimile: (415) 371-8001
5  mailbox@martinftriano.com

6  Attorney for Plaintiffs Ernest Lahti, Linda Lahti and Applied Reserve Analysis, LLC

8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
10                   **SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANALYSIS, LLC, a California corporation, | ) ) ) ) ) ) | Case No: C08-2314 BZ<br>**CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS LLC, an Arizona corporation, and DOES 1 through 50 inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Tel. (415) 371-8000
Fax (415) 371-8001

CERTIFICATE OF SERVICE

1

I declare:

I am employed in the County of San Francisco, State of California. My business address is 25 Jessie Street, 16th Floor, San Francisco, CA 94105. I am over the age of eighteen years, and I am not a party to the within action. On May 6, 2008 I served the following documents:

- ***ORDER SCHEDULING HEARING TRO; AND***
- ***PROOF OF SERVICE***

Upon the party listed below, addressed as follows:

| | |
|---|---|
| **Rebecca Bloomquist** <br> **P.O. Box 797** <br> **Vernon, Arizona 85940** <br> **Rebecca@lakeweb.com** | **Dan Bloomquist** <br> **P.O. Box 797** <br> **Vernon, Arizona 85940** <br> **Dan_b@lakeweb.com** |

**Highlands Electronics**
**P.O. Box 797**
**Vernon, Arizona 85940**
**Rebecca@lakeweb.com**
**Dan_b@lakeweb.com**

**XXX**   **First Class Mail:** By depositing a sealed envelope in the United States mail at San Francisco, California, with postage fully prepaid.

**Facsimile:** By transmitted a true and correct copy via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) listed above.

**Personal Delivery:** By personally delivering the document(s) listed above to the person(s) at the address(es) on the date set forth above.

**XXX**   **Electronic Mail:** By transmitted a true and correct copy via electronic mail to the office(s) of the addressee(s) at the electronic mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 6, 2008 at San Francisco, California.

By:   /s/ *Rithy Keo*
        Rithy Keo
        Legal Assistant

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Tel. (415) 371-8000
Fax (415) 371-8001

CERTIFICATE OF SERVICE

2