UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANALYSIS, LLC, a California Corporation,,<br><br>Plaintiff(s),<br><br>v.<br><br>DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS, LLC, and Arizona Corporation and DOES 1 through 50 inclusive,<br><br>Defendant(s). | No. C08-2314 BZ<br><br>**ISSUES FOR ARGUMENT AND ORDER PERMITTING DEFENDANT TO APPEAR BY TELEPHONE** |

A hearing on plaintiffs' application for a temporary restraining order is scheduled for **Friday, May 9, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. **IT IS HEREBY ORDERED** that the parties should be prepared to address whether the court has authority to issue an injunction without first conducting a hearing and making findings regarding jurisdiction in light of defendants' motion to dismiss. The parties should be prepared to discuss this issue in light of

1

1 the holding in <u>Enterprise Intern., Inc. v. Corporacion Estatal
2 Petrolera Ecuatoriana</u>, 762 F.2d 464, 470 - 72. (5th Cir. 1985)
3 and the summary set forth in Schwarzer, Tashima & Wagstaffe,
4 Federal Civil Procedure Before Trial (2008 ed.)
5 § 13:18 - 13:21.

6 It is further **ORDERED** that defendants, who are pro se and
7 reside in Arizona, are given leave to appear at the hearing by
8 telephone. Defendants shall call the court at **(415) 522-4093**
9 tomorrow, Friday, May 9, 2008 at 9:00 a.m.

10 Dated: May 8, 2008

12 _____
   Bernard Zimmerman
   United States Magistrate Judge

14 G:\BZALL\-BZCASES\LAHTI V. BLOOMQUIST\Issues for Arguement and Telephonic Appearance.wpd

2