**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Magistrate Judge BERNARD ZIMMERMAN**

Date:  **May 9, 2008**          [**9:04am - 9:28 am**]

Case No:       **C08-02314 BZ**

CASE NAME:   **ERNEST LAHTI, et al.**      v.      **DAN BLOOMQUIST, et al.**

Attorneys:   **Mark Byrne for Plaintiff**
             **Dan Bloomquist, Pro Se Defendant**

Deputy Clerk:    **Monica Narcisse**              Reporter:    **Connie Kuhl**

**PROCEEDINGS:**                                  **RULING:**

1.   **Plaintiff's Motion for Temporary Restraining Order**
2.

() Status Conference     () P/T Conference     () Case Management Conference

**ORDERED AFTER HEARING:**
Jurisdiction issues must be resolved first.  Defendants must consent to or decline jurisdiction of a Magistrate Judge by 5/14/2008.  If the defendants decline, the matter will be reassigned to a District Judge.  Parties have agreed to extend the contract date from 5/17/2008 to 5/31/2008.  Defendants' opposition to TRO and Plaintiff's opposition to Motion to Dismiss due 5/16/2008; Replies are due on 5/21/2008.

(XX ) ORDER TO BE PREPARED BY:   Plntf ____     Deft ____     Court __**x**__

() Referred to Magistrate For:

(**X**) CASE CONTINUED TO    **May 28, 2008 at 10:00 a.m.**     for  **Plaintiff's Motion for TRO and Defendants' Motion to Dismiss**

Discovery Cut-Off__     Expert Discovery Cut-Off__

Plntf to Name Experts by ___  Deft to Name Experts by___

P/T Conference Date_____     Trial Date_____  Set for ___ days
Type of Trial:  ( )Jury    ( )Court

Notes:  If the parties would like to be referred for court sponsored mediation or settlement, submit a joint letter via fax to Judge Zimmerman.