UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANALYSIS, LLC, a California Corporation,, <br><br> Plaintiff(s), <br><br> v. <br><br> DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS, LLC, and Arizona Corporation and DOES 1 through 50 inclusive, <br><br> Defendant(s). | No. C08-2314 BZ <br><br> **ORDER SCHEDULING FURTHER HEARING** |

An initial hearing on plaintiffs' motion for a temporary restraining order and application for an order to show cause for preliminary injunction was held on May 9, 2008. Counsel for plaintiffs appeared and defendant Dan Bloomquist appeared pro se. The parties stipulated that the Licensing Agreement at issue will not terminate until **May 31, 2008** in order to allow further briefing and argument on plaintiffs' request for an injunction.

As set forth at the hearing, **IT IS HEREBY ORDERED** that:

1. The hearing on plaintiffs' motion for a temporary restraining order and application for an order to show cause for a preliminary injunction is continued to **May 28, 2008 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  If plaintiffs wish to file supplemental declarations in support of their motion and application, such declarations must be filed by no later than **Wednesday, May 14, 2008 at 2:00 p.m.** Defendants shall file their opposition by **Friday, May 16, 2008**, and plaintiffs may file a reply by **Wednesday, May 21, 2008**;

2. A hearing on defendants' motion to dismiss for lack of jurisdiction is also set for **May 28, 2008 at 10:00 a.m.** Plaintiffs shall file their opposition to the motion to dismiss by **Friday, May 16, 2008**, and defendants may file a reply by **Wednesday, May 21, 2008**; and

3. Defendants shall consent to or decline Magistrate Jurisdiction by no later than **May 14, 2008**.

Dated: May 9, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LAHTI V. BLOOMQUIST\SCHEDULING ORDER.wpd