Dan Bloomquist
Rebecca Bloomquist
Highlands Electronics LLC
PO Box 797
Vernon AZ  85940
Defendants pro se

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ERNEST LAHTI, LINDA LAHTI AND ) Case No.: C08-2314 BZ
APPLIED RESERVE ANAYLSIS, LLC, a )
California Corporation, ) CONSENT TO PROCEED BEFORE A
) UNITED STATES MAGISTRATE JUGDE
Plaintiff(s), )
)
vs. )
)
DAN BLOOMQUIST, REBECCA )
BLOOMQUIST, HIGHLANDS )
ELECTRONICS, LLC, an Arizona Corporation )
and DOES 1 through 50 inclusive, )

Defendant(s)

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct a hearing solely on defendants' MOTION TO DISMISS filed on May 9, 2008, but not for any other hearings or actions in this matter.

DATED this 14th day of May, 2008.

*/s/ Rebecca Bloomquist*

Dan Bloomquist, Rebecca
Bloomquist, Highlands
Electronics LLC,
PO Box 797
Vernon, AZ  85940
Defendants' pro se

FROM : RESERVE ANALYST SOFTWARE          FAX NO. : 9285373377          May. 14 2008 09:30AM  P1

1  A COPY of this consent was
2  mailed on this 14th day of
3  May, 2008 to:
4  Mark D. Byrne, Esq.
5  Law Office of Triano & Byrne
6  25 Jessie St., 16th Floor
7  San Francisco, CA 94105
8  mailbox@martinftriano.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25