MARK D. BYRNE, ESQ. SBN#109268
**LAW OFFICES OF TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Telephone: (415) 371-8000
Facsimile: (415) 371-8001
mailbox@trianobyrne.com

Attorney for Plaintiffs Ernest Lahti, Linda Lahti and Applied Reserve Analysis, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANALYSIS, LLC, a California corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS LLC, an Arizona corporation, and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No: CV-08-02314-BZ<br><br>**REPLY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

///

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Tel. (415) 371-8000
Fax (415) 371-8001

REPLY FOR PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER
1

1  Defendants in this matter, Dan Bloomquist, Rebecca Bloomquist and Highlands
2  Electronics, LLC, have failed to file an opposition to Application for Temporary Restraining
3  Order filed by Plaintiffs, Ernest Lahti, Linda Lahti, and Applied Reserve Analysis, LLC, to
4  enjoin the termination of the licensing agreement currently in effect between the parties. In the
5  absence of any opposition, the statements by Plaintiffs of their imminent irreparable harm should
6  be accepted as true and correct, and the Temporary Restraining Order should be granted.

7  On May 9, 2008, the Court issued a Scheduling Order that required Defendants to
8  consent or decline the use of the Magistrate in this matter by May 14, 2008, for all parties to
9  submit oppositions to the other parties' motions by May 16, 2008 and for corresponding replies
10 to be filed by May 21, 2008. Defendants timely filed their consent to Magistrate on May 14,
11 2008. However, they have not subsequently filed their Opposition to Plaintiffs Application for a
12 Temporary Restraining Order.

13 Plaintiffs, therefore, file this Reply as a Notice that Defendants have failed to present any
14 facts opposing this Temporary Restraining Order. As such, the facts that Plaintiffs have
15 presented clearly demonstrate the imminent threat of irreparable harm to their business and its
16 goodwill. Therefore, Plaintiffs' Application for Temporary Restraining Order should be granted.
17 ///
18 ///
19 ///
20 ///
21 //

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Tel. (415) 371-8000
Fax (415) 371-8001

REPLY FOR PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER
2

1   Additionally, because Defendants have shown no harm resulting from the granting of a
2   Restraining Order, no bond should be ordered for the granting of the requested Order.

3   Dated: May 21, 2008              **LAW OFFICE OF TRIANO & BYRNE**

4
5   _/s/ Mark Byrne_____
    MARK D. BYRNE, ESQ.
    Attorney for Plaintiffs
6   Ernest Lahti, Linda Lahti, Applied Reserve Analyst

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Tel. (415) 371-8000
Fax (415) 371-8001

REPLY FOR PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER
3

1  MARK D. BYRNE, ESQ. SBN#109268
   **LAW OFFICES OF TRIANO & BYRNE**
2  25 Jessie Street, 16th Floor
3  San Francisco, CA 94105-2749
   Telephone: (415) 371-8000
4  Facsimile: (415) 371-8001
5  mailbox@trianobyrne.com

6  Attorney for Plaintiffs Ernest Lahti, Linda Lahti and Applied Reserve Analysis, LLC

7

8                      **UNITED STATES DISTRICT COURT**

9                      **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11

| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANALYSIS, LLC, a California corporation, | ) ) ) ) | Case No: C08-2314 BZ |
|---|---|---|
| Plaintiffs, | ) ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) | |
| DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS LLC, an Arizona corporation, and DOES 1 through 50 inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Tel. (415) 371-8000
Fax (415) 371-8001

CERTIFICATE OF SERVICE

1

I declare:

I am employed in the County of San Francisco, State of California.  My business address is 25 Jessie Street, 16th Floor, San Francisco, CA 94105.  I am over the age of eighteen years, and I am not a party to the within action. On May 21, 2008 I served the following documents:

- ***REPLY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION; AND***
- ***CERTIFICATE OF SERVICE.***

Upon the party listed below, addressed as follows:

| **Rebecca Bloomquist** | **Dan Bloomquist** |
|---|---|
| **P.O. Box 797** | **P.O. Box 797** |
| **Vernon, Arizona 85940** | **Vernon, Arizona 85940** |
| **Rebecca@lakeweb.com** | **Dan_b@lakeweb.com** |

**Highlands Electronics**
**P.O. Box 797**
**Vernon, Arizona 85940**
**Rebecca@lakeweb.com**

**XXX** **First Class Mail:** By depositing a sealed envelope in the United States mail at San Francisco, California, with postage fully prepaid.

**Facsimile:** By transmitted a true and correct copy via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) listed above.

**Personal Delivery:** By personally delivering the document(s) listed above to the person(s) at the address(es) on the date set forth above.

**XXX** **Electronic Mail:** On May 21, 2008 at 12:15 pm I transmitted a true and correct copy via electronic mail to the office(s) of the addressee(s) at the electronic mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 21, 2008 at San Francisco, California.

By: ___/s/ *Rithy Keo*_____
    Rithy Keo
    Legal Assistant

Law Offices
**TRIANO & BYRNE**
25 Jessie Street, 16th Floor
San Francisco, CA 94105-2749
Tel. (415) 371-8000
Fax (415) 371-8001

CERTIFICATE OF SERVICE

2