

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANAYLSIS, LLC, a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS, LLC, an Arizona Corporation and DOES 1 through 50 inclusive, <br><br> Defendants. | No. C08-2314 BZ <br><br> Division _____ <br><br> REQUEST TO APPEAR TELEPHONICALLY |

Defendant, Dan Bloomquist, requests to appear for the hearing to dismiss scheduled for May 28 2008 at 10:00 a.m. in front of Magistrate Judge Bernard Zimmerman, telephonically.

Thank you, Dan Bloomquist, Defendant.

Page 1