FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANAYLSIS, LLC, a California Corporation, | No. C08-2314 BZ |
| Plaintiffs, | Division _____ |
| v. | REQUEST TO APPEAR |
| DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS, LLC, an Arizona Corporation and DOES 1 through 50 inclusive, | TELEPHONICALLY |
| Defendants. | |

Defendant, Dan Bloomquist, requests to appear for the hearing to dismiss scheduled for May 28 2008 at 10:00 a.m. in front of Magistrate Judge Bernard Zimmerman, telephonically.

Thank you, Dan Bloomquist, Defendant.

Dated: 5/28/2008
INAPPROPRIATE
AND TOO LATE.



DENIED
Judge Bernard Zimmerman

Page 1