UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LAHTI, LINDA LAHTI AND APPLIED RESERVE ANALYSIS, LLC, a California Corporation,, <br><br> Plaintiff(s), <br><br> v. <br><br> DAN BLOOMQUIST, REBECCA BLOOMQUIST, HIGHLANDS ELECTRONICS, LLC, and Arizona Corporation and DOES 1 through 50 inclusive, <br><br> Defendant(s). | No. C08-2314 BZ <br><br> **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred to the Honorable Wayne D. Brazil to conduct a settlement conference within the next several weeks.  The parties shall contact Judge Brazil's Administrative Law Clerk, Sarah Weinstein at **510-637-3324** to arrange for an appropriate time for the conference.

Dated: May 28, 2008

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\LAHTI V. BLOOMQUIST\REFERRAL FOR SETT.CONFERENCE.wpd

1