**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **05/28/2008**

**C08-2314 BZ**

**Ernest Lahti, et al. v. Dan Bloomquist, et al.**

Attorneys: Pltf: Mark Byrne
          Def: Dan Bloomquist (pro per)(telephonic)

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Sahar McVickar; 10:08-10:16**

**PROCEEDINGS:**                        **RULING:**

1. Plaintiff's Motion for Temporary Restraining Order
2. Defendant's Motion to Dismiss

(  ) Status Conference     (  ) P/T Conference     (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Parties stipulate to participating in a Settlement Conference before Magistrate Judge Wayne D. Brazil. Judge Brazil is located in Oakland, California. The Settlement conference will occur within the next three weeks. If parties do not receive a scheduling order within one week, they are to contact Judge Brazil's clerk, Sarah Weinstein. The is case is hereby STAYED pending the settlement conference. The parties stipulated to extend the licensing agreement to 6/30/08. Defendants address is as follows:   P.O. Box 797, Vernon, Arizona, 85940 and phone number  (928) 537-2202.

( XX ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court
Notes: _____