1  Rebecca Bloomquist
   POBox 797
2  Vernon AZ, 85940

3

4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA

6

7
   ERNEST LAHTI, LINDA         ) Case No.: C 08-02314 BZ(WDB)
8  LAHTI AND APPLIED           )
   RESERVE ANALYSYS, LLC,      )
9  a California corporation,   )
                               ) REQUEST TO APPEAR BY TELEPHONE FOR
10        Plaintiff,           )        SETTLEMENT CONFERENCE
                               )
11        vs.                  )
                               )
12 DAN BLOOMQUIST,             )
   REBECCA BLOOMQUIST,         )
13 HIGHLANDS ELECTRONICS LLC,
   An Arizona corporation, and
14  DOES 1 through 50 inclusive,

15        Defendants

16

17 DEFENDANT, Rebecca Bloomquist, requests to appear by telephone at the

18 Settlement Conference scheduled for June 16, 2008 before U.S. Magistrate

19 Judge Wayne D. Brazil at 2:00pm.  Due to the nature of our home based

20 business it would place undue hardship for both me and my husband, Dan

21 Bloomquist, to be away at the same time in order to appear at this Settlement

22 Conference.

23 *Request Granted. It is So Ordered.*

24 Date: 6/10/08  *Wayne D. Brazil*  By: _Rebecca Bloomquist_
                 Magistrate Judge
25               Wayne D. Brazil             Rebecca Bloomquist, Defendant

                    Request to appear by telephone - 1