UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lahti, et al. | No. C 08-2314 BZ (WDB) |
|     Plaintiffs, | CLERK'S NOTICE ALTERING TIME (NOT DATE) OF SETTLEMENT CONFERENCE |
| v. | |
| Dan Bloomquist, et al. | |
|     Defendants | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference before Magistrate Judge Wayne D. Brazil scheduled for 2:00 p.m. on Monday, June 16, 2008, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, has been rescheduled to **12:30 p.m. on the same date, June 16, 2008.**

Dated: June 13, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  Sarah Weinstein
    Law Clerk/Deputy Clerk

1