UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERNEST LAHTI et al,

        Plaintiff,

v.

DAN BLOOMQUIST et al,

        Defendant.
_____/

Case Number: CV08-02314 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dan Bloomquist
Highlands Electronics, LLC
P.O. Box 797
Vernon, AZ 85940

Rebecca Bloomquist
Highlands Electronics, LLC
P.O. Box 797
Vernon, AZ 85940

Dated: June 13, 2008

                                      Richard W. Wieking, Clerk

                                      *Sarah Weinstein*

                                      By: Sarah Weinstein, Law Clerk/Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lahti, et al. | No. C 08-2314 BZ (WDB) |
|     Plaintiffs, | CLERK'S NOTICE ALTERING TIME (NOT DATE) OF SETTLEMENT CONFERENCE |
| v. | |
| Dan Bloomquist, et al. | |
|     Defendants | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference before Magistrate Judge Wayne D. Brazil scheduled for 2:00 p.m. on Monday, June 16, 2008, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, has been rescheduled to **12:30 p.m. on the same date, June 16, 2008.**

Dated: June 13, 2008

                                                                Richard W. Wieking, Clerk
                                                               United States District Court

                                                               *Sarah Weinstein*

                                                               By:  Sarah Weinstein
                                                                       Law Clerk/Deputy Clerk

1

```
 1  Rebecca Bloomquist
    POBox 797
 2  Vernon AZ, 85940
 3
 4                      UNITED STATES DISTRICT COURT
 5                     NORTHERN DISTRICT OF CALIFORNIA
 6
 7
    ERNEST LAHTI, LINDA        )  Case No.: C 08-02314 BZ(WDB)
 8  LAHTI AND APPLIED          )
    RESERVE ANALYSYS, LLC,     )
 9  a California corporation,  )
                               )  REQUEST TO APPEAR BY TELEPHONE FOR
10       Plaintiff,            )         SETTLEMENT CONFERENCE
                               )
11       vs.                   )
                               )
12  DAN BLOOMQUIST,            )
    REBECCA BLOOMQUIST,        )
13  HIGHLANDS ELECTRONICS LLC,
    An Arizona corporation, and
14   DOES 1 through 50 inclusive,

15       Defendants
    _____
16
17  DEFENDANT, Rebecca Bloomquist, requests to appear by telephone at the

18  Settlement Conference scheduled for June 16, 2008 before U.S. Magistrate

19  Judge Wayne D. Brazil at 2:00pm.  Due to the nature of our home based

20  business it would place undue hardship for both me and my husband, Dan

21  Bloomquist, to be away at the same time in order to appear at this Settlement

22  Conference.
```

Request Granted. It is So Ordered.

Date: 6/10/08   /s/ Wayne D. Brazil                    By: /s/ Rebecca Bloomquist
                Magistrate Judge
                Wayne D. Brazil                             Rebecca Bloomquist, Defendant

Request to appear by telephone - 1