UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE WAYNE D. BRAZIL

CIVIL MINUTE ORDER

Date:  6-16-08          Time: 2.5 hours

DOCKET NO.:   C08-2314 BZ

TITLE OF CASE:   Lahti v. Bloomquist

ATTORNEY(S):

     Plaintiff:     Mark Byrne

     Defendants:   Michael Tonsing

## PROCEEDINGS

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [X] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [ ] OTHER: | |

NOTES

Parties agreed to essential terms of settlement.